OPINION — AG — THE SHERIFF MAY NOT DELEGATE THE AUTHORITY AND DUTY, BESTOWED UPON BY HIM BY LAW, OF APPROVING AND SIGNING CLAIMS FOR EXPENDITURES OUT OF THE ANNUAL APPROPRIATION MADE TO THE SHERIFF'S OFFICE, TO ANY OF HIS DEPUTIES, EXCEPT THOSE DUTIES AND AUTHORITIES THAT MAY BE DELEGATED BY LAW, I.E., BY VIRTUE OF THE TERMS OF 19 O.S. 1961 180.65 [19-180.65](B), 12 O.S. 1961 71 [12-71] CITE: 62 O.S. 1961 310.2 [62-310.2] (SAM HELLMAN)